UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - X

UNITED STATES OF AMERICA,

        Plaintiff,

   v.                             15-CR-0062 (ILG)

GERALD TIGHE,

        Defendant.

- - - - - - - - - - - - - - X

## DECLARATION OF PUBLICATION

According to my review of the electronic database maintained by the Department of Justice, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on October 26, 2017 and ending on November 24, 2017 as required by 21 U.S.C. § 853(n)(1), and evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 28, 2017.

                                           *Melissa Thorpe*
                                           Melissa Thorpe
                                           FSA Records Examiner/Analyst



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between October 26, 2017 and November 24, 2017. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Gerald Tighe

**Court Case No:**       CR-15-0062
**For Asset ID(s):**     See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 10/26/2017 | 24.0 | Verified |
| 2 | 10/27/2017 | 24.0 | Verified |
| 3 | 10/28/2017 | 24.0 | Verified |
| 4 | 10/29/2017 | 24.0 | Verified |
| 5 | 10/30/2017 | 24.0 | Verified |
| 6 | 10/31/2017 | 24.0 | Verified |
| 7 | 11/01/2017 | 24.0 | Verified |
| 8 | 11/02/2017 | 24.0 | Verified |
| 9 | 11/03/2017 | 24.0 | Verified |
| 10 | 11/04/2017 | 24.0 | Verified |
| 11 | 11/05/2017 | 24.0 | Verified |
| 12 | 11/06/2017 | 24.0 | Verified |
| 13 | 11/07/2017 | 24.0 | Verified |
| 14 | 11/08/2017 | 24.0 | Verified |
| 15 | 11/09/2017 | 24.0 | Verified |
| 16 | 11/10/2017 | 24.0 | Verified |
| 17 | 11/11/2017 | 24.0 | Verified |
| 18 | 11/12/2017 | 24.0 | Verified |
| 19 | 11/13/2017 | 24.0 | Verified |
| 20 | 11/14/2017 | 24.0 | Verified |
| 21 | 11/15/2017 | 24.0 | Verified |
| 22 | 11/16/2017 | 24.0 | Verified |
| 23 | 11/17/2017 | 24.0 | Verified |
| 24 | 11/18/2017 | 24.0 | Verified |
| 25 | 11/19/2017 | 24.0 | Verified |
| 26 | 11/20/2017 | 24.0 | Verified |
| 27 | 11/21/2017 | 24.0 | Verified |
| 28 | 11/22/2017 | 24.0 | Verified |
| 29 | 11/23/2017 | 24.0 | Verified |
| 30 | 11/24/2017 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK
# COURT CASE NUMBER: CR-15-0062; NOTICE OF FORFEITURE

Notice is hereby given that on August 23, 2017, in the case of <u>U.S. v. Gerald Tighe</u>, Court Case Number CR-15-0062, the United States District Court for the Eastern District of New York entered an Order condemning and forfeiting the following property to the United States of America:

All right, title and interest in approximately two hundred twenty-three thousand five hundred ninety-six dollars and forty-one cents ($223,596.41) received on or about July 1, 2016 as proceeds from the sale of the premises located at 7 Oyster Bay Drive, Rumson, New Jersey, and currently in the custody of the United States Marshals Service. (15-FDA-000141)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (October 26, 2017) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 225 Cadman Plaza East, Brooklyn, NY 11201, and a copy served upon Assistant United States Attorney Laura Mantell, 271 Cadman Plaza East, 7th Floor, Brooklyn, NY  11201. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.